UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jacqueline Guernon</u>

    v.                      Civil No. 11-cv-00067-JL

<u>Crossmark, Inc.</u>

**O R D E R**

During yesterday's telephone conference over the discovery dispute, plaintiff's counsel was either unwilling or unable to articulate how the information requested in Interrogatory No. 5 would lead to the discovery of relevant or admissible evidence. Nonetheless, after further consideration, the court believes that Interrogatory no. 5, properly limited as set forth below, is reasonably calculated to lead to discovery of admissible evidence.  <u>See</u> Fed. R. Civ. P. 26(b)(1); Fed. R. Evid. 401-404. Thus, the defendant shall respond to Interrogatory no. 5, but the response shall be limited to causes of action involving alleged conduct on the part of Salls, Dunne, and Bledsoe, or their supervisors brought between January 1, 2005 and June 17, 2010.

No relief is granted with respect to Interrogatory No. 13.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  November 9, 2011

cc:  Elise B. Hoffman, Esq.
     Kaaren P. Shalom, Esq.
     Stephen E. Fox, Esq.
     Daniel Miville Deschenes, Esq.