UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jacqueline Guernon

        v.                          Civil No. 11-cv-67-JL

Crossmark, Inc.


<u>**O R D E R**</u>

The court has undertaken active consideration of Crossmark, Inc.'s motion for summary judgment (document no. 22) and the plaintiff's motion to amend (document no. 24).  If there is any reason that the court should not actively consider the motions at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.  If the Deputy Clerk is not so informed by **March 29, 2012**, a hearing will be scheduled.


        **SO ORDERED.**

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge

Dated:  March 22, 2011

cc:  Elise B. Hoffman, Esq.
     Kaaren P. Shalom, Esq.
     Stephen E. Fox, Esq.
     Daniel Miville Deschenes, Esq.